B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KOBESKE, JAMES WILLIAM** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No /Complete EIN<br>(if more than one, state all):<br>**0070** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1895 SEDGEWOOD AVE.**<br>**AURORA, IL**<br>ZIP CODE **60503** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**KENDALL COUNTY (RESIDENCE)** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7      ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                            Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br><br>☑ Debts are primarily consumer      ☐ Debts are primarily<br>debts, *defined in 11 U.S.C.*          business debts.<br>*§ 101(8) as "incurred by an*<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | JAMES W. KOBESKE |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N/A | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: N/A | Case Number: | Date Filed |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b) |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

---

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

B 1 (Official Form) 1 (1/08)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | JAMES W. KOBESKE |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **JAMES W. KOBESKE**
   Signature of Debtor

X  _____
   Signature of Joint Debtor

   (217) 637-8799
   Telephone Number (if not represented by attorney)

   07/07/2008
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

### Signature of Attorney*

X  _____
   Signature of Attorney for Debtor(s)

   _____
   Printed Name of Attorney for Debtor(s)

   _____
   Firm Name

   _____
   Address

   _____

   _____
   Telephone Number

   _____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

_____

X  _____

   _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  _____
   Signature of Authorized Individual

   _____
   Printed Name of Authorized Individual

   _____
   Title of Authorized Individual

   _____
   Date

Official Form 1, Exhibit D (10/06)

## UNITED STATES BANKRUPTCY COURT

_____Northern_____    **District of**_____Illinois_____

In re  JAMES W. KOBESKE                     Case No._____
          Debtor(s)                                          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

[✓] 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

[ ] 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

**Official Form 1, Exh. D (10/06) – Cont.**

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____ JAMES W. KOBESKE _____

Date: _____ 07/07/2008 _____

2

B6A (Official Form 6A) (12/07)

In re _____JAMES W. KOBESKE_____,          Case No. _____
              Debtor                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence (Townhouse) Built 2001, 3BR, 1.1BA, 1895 Sedgewood Ave. Aurora, IL 60503 PIN #03-01-217-020 | Primary Residence | | $198,000 | EXCEEDS VALUE |
| | | Total▶ | 198,000 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re _____JAMES W. KOBESKE_____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | $30 Cash on Person. | | $12 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account Citizens' First National Bank 1575 W. Ogden Ave. Aurora, IL 60503 | | $320 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | (All Used) Household Furniture & Other goods/ furnishings, A/V Equip/Goods, Computer Equip. | | $6,200 |
| 5. Books; pictures and other art objects; antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Coins not used as cash, CD's/Tapes, Pictures, etc. | | $800 |
| 6. Wearing apparel. | | (All Used) Clothing Items /Wearing Apparel | | $1150 |
| 7. Furs and jewelry. | | High School Class Ring(1996), Watch(2004) | | $280 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | (Used) Sporting Goods/Equip., Digital Camera | | $370 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re JAMES W. KOBESKE _____,    Case No. _____
        **Debtor**                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re _____ JAMES W. KOBESKE _____ ,        Case No. _____
               **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicle: 2001 Pontiac Grand Am GT ~87,000 Miles (Sedan, V6/2.8L) | | $6,625 (NADA Avg.) |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Supplies & (Used) Office Desk | | $175 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached      Total▶   $ 15,932

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re _____ JAMES W. KOBESKE _____,          Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                            $136,875.
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1. Single Family Residence (Townhouse, Built: 2001, 3BR, 1.1BA, PIN#03-01-217-020) Address: 1895 Sedgewood Ave. Aurora, IL 60503 | 735 ILCS 5§12-901 | $15,000 | 198,000 |
| 2. Cash on-hand | 735 ILCS. 5§12-1001(b) | $30 | $30 |
| 3. Checking Account | 735 ILCS. 5§12-1001(b) | $320 | $320 |
| 4. Household Goods & Furnishings | 735 ILCS. 5§12-1001(b) | $3,850 | $6,200 |
| 5. Misc. Books, Coins, & Music CD's/Tapes, etc. | 735 ILCS. 5§12-1001(b) | $800 | $800 |
| 6. Wearing apparel | 735 ILCS. 5§12-1001(a) | $1150 | $1150 |
| 7. Jewelry | 735 ILCS. 5§12-1001(b) | $0 | $280 |
| 8. Misc. Sporting Goods/Equip. | 735 ILCS. 5§12-1001(b) | $0 | $370 |
| 9. Motor Vehicle- 2001 Pontiac Grand Am GT(~87,000 miles) | 735 ILCS. 5§12-1001(c) | $2,400 | $6,625 |
| 10. Office Equipment & Supplies | 735 ILCS. 5§12-1001(d) | $175 | $175 |

B6G (Official Form 6G) (12/07)

In re _____JAMES W. KOBESKE_____,    Case No._____
          **Debtor**                                                             **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    *Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).*

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re _____JAMES W. KOBESKE_____ ,    Case No. _____
                        **Debtor**                                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re _____ JAMES W. KOBESKE _____,    Case No. _____
                              **Debtor**                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Case Manager (11/07-6/08) & Intake Director (6/08-Current) | |
| Name of Employer | Provena Mercy Medical Center (PMMC) & SAS, NFP | |
| How long employed | PMMC - 8 Months & SAS, NFP - 1 Month | |
| Address of Employer | PMMC- 1315 N. Highland Ave., Aurora, IL 60506<br>SAS, NFP - 2101 S. Indiana Ave., Chicago, IL 60616 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,692.33 | $_____ |
| 2. Estimate monthly overtime | $0 | $_____ |
| 3. SUBTOTAL | $2,692.33 | $_____ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $584.24 | $_____ |
| b. Insurance | $150 | $_____ |
| c. Union dues | $0 | $_____ |
| d. Other (Specify): _____ | $0 | $_____ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $734.24 | $_____ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $1,958.09 | $_____ |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $0 | $_____ |
| 8. Income from real property | $0 | $_____ |
| 9. Interest and dividends | $0 | $_____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0 | $_____ |
| 11. Social security or government assistance (Specify): _____ NONE | $0 | $_____ |
| 12. Pension or retirement income | $0 | $_____ |
| 13. Other monthly income (Specify): NONE | $0 | $_____ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $0 | $_____ |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $1,958.09 | $_____ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $1,958.09 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

While working a full-time schedule may slightly increase gross income in the next year, this will be completely offset by the cost of commuting a monthly avg. of 1,360 ADDITIONAL miles to new employer (in Chicago) vs. the monthly max. of 320 miles to previous employer in my residing city of Aurora. It is NOT anticipated to reach the Illinois median income.

**B6J (Official Form 6J) (12/07)**

*In re* _____JAMES W. KOBESKE_____ ,        *Case No.* _____
                    **Debtor**                                        **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse "

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $1,616 |
|    a. Are real estate taxes included? | Yes _____ No ✓ | |
|    b. Is property insurance included? | Yes _____ No ✓ | |
| 2. Utilities:  a. Electricity and heating fuel | | $230 |
|    b. Water and sewer | | $45 |
|    c. Telephone | | $93 |
|    d. Other  Cable TV/Internet/Phone package | | $170 |
| 3. Home maintenance (repairs and upkeep) | | $50 |
| 4. Food | | $500 |
| 5. Clothing | | $45 |
| 6. Laundry and dry cleaning | | $15 |
| 7. Medical and dental expenses | | $80 |
| 8. Transportation (not including car payments) | | $380 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $75 |
| 10. Charitable contributions | | $10 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | | $28 |
|    b. Life | | $0 |
|    c. Health | | $0 |
|    d. Auto | | $85 |
|    e. Other  Professional Liability Insurance - Licensed Clinical Social Worker (Annual) | | $15 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ KENDALL COUNTY REAL ESTATE TAXES | | $400 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | | $220 |
|    b. Other  U.S. Direct (Federal) Student Loans (Hardship Forbearance til 12/08) | | $200 |
|    c. Other  AES/NCT (Private) Student Loan (Past Due) | | $255 |
| 14. Alimony, maintenance, and support paid to others | | $0 |
| 15. Payments for support of additional dependents not living at your home | | $0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $0 |
| 17. Other _____ Misty Creek Condominium Association (Monthly Assessments) | | $122.70 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $4,634.70 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

Planning to have a decrease in overall expenditures, but need to have Student Loans re-considered (due to extreme hardship) and pay for the rental of a storage unit. My private student loan (AES) is past due, while my Federal Student Loan (U.S. Direct Loans) is in 'Hardship Forbearance' until 12/08.

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $1,958.09 |
|    b. Average monthly expenses from Line 18 above | $4,634.70 |
|    c. Monthly net income (a. minus b.) | $(-2,676.61) |

**In re:  JAMES W. KOBESKE**
(Debtor)

Case # : _____

~~ADDENDUM TO:~~

**SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS**

*NOTE:*  *The purpose of this addendum in each of these Schedules D, E, & F is to provide as much information as possible to the court and those directly involved with this case, so that each creditor could be promptly identified.  Many of the accounts have either been closed, sent to collections, transferred, and/or assigned to a new creditor or representative, which is why I have listed more than necessary in terms of addresses as well each of the I identified primary or secondary creditors involved. For ease of reference,* **only the** <u>**current creditor**</u> **for a claim/debt has been assigned a number directly preceding the creditor name.**

<u>**PROPERTY INFO**</u>    **(Debtor's Primary Residence)**
<u>Type</u>:                     **Single Family Residence/Townhouse**
<u>Location/Description</u>:  **1895 Sedgewood Ave., Aurora, IL 60503**
                      (3BR, 1.1BA,  1,624 sq. ft.)
                      - *Appraised Value on file (9/06):* **$198,000**
                      - *Appraisal ordered/completed by mortgage lender representative in 6/08, but this debtor was not informed of appraised value.*

<u>**PRIMARY (1ˢᵗ) MORTGAGE LENDER (80% LTV^):**</u>
       ^Loan Terms (Originated 9/06): <u>$158,400 Financed 40-years, 3/1 ARM  @ 8.85%</u>

   **AMC/ARGENT MORTGAGE SERVICES** (*Original Creditor, 9/06 – 2/23/07*)
       <u>Account #:   0102723715</u>
   • P.O. Box 11000
       Santa Ana, CA 92711-1000
       *<u>Loan Sold/Transferred on 2/24/07 to</u>:*

   **GMAC MORTGAGE, LLC** (*Creditor, 2/24/07 – 2/17/08*)
       <u>Account #:  0359437228</u>
   • Attn: Customer Care
       P.O. Box 4622
       Waterloo, IA 50704-4622

   • 3451 Hammond Ave.
       Waterloo, IA 50704
       *<u>Loan Sold/Transferred on 2/18/08 to</u>:*

1. **CITI RESIDENTIAL LENDING, INC.,** (*Current Creditor/Claim Holder*)
   **CITIGROUP MORTGAGE LOAN TRUST, INC.**, SERIES 2007-AM
       <u>**Account #:**</u>                **9000134255**
       <u>**Current Debt/Claim:**</u>        **~$170,999**   *(Judgment Court No. 07CH00260)
       <u>Status</u>: *Account with Foreclosure Dept. & scheduled for Auction Sale on 7/21/08 at the Kendall County Courthouse.  I have been in contact with a potential buyer, who is seeking to negotiate a short sale.  However, I was told that this was not possible due to lendor seeking to collect an amount well beyond original principal debt.*

**In re: JAMES W. KOBESKE**                              Case # : _____
**(Debtor)**

## CITIRESIDENTIAL LENDING, INC.
- Attn: Customer Car
  P.O. Box 11000
  Santa Ana, CA 92711-1000

**CODILIS & ASSOCIATES, P.C. (Attorney for Citi Residential Lending, Inc.)**
Status: *Account is presently in Foreclosure Dept.,* **Auction sale** *scheduled for 7/21/08 at Kendall County (IL) Courthouse. (File #14-07-9827)*

- 15W030 N. Frontage Rd. – Suite 100
  Burr Ridge, IL 60527

## SECONDARY (2nd) MORTGAGE LENDER (20% LTV^):
^Loan Terms (Originated 9/06): $39,600  Financed 30 years, Fixed @ 12.25%

**AMC/ARGENT MORTGAGE SERVICES** (*Original Creditor, 9/06 – 2/23/07*)
Account #: 0102723871
- P.O. Box 11000
  Santa Ana, CA 92711-1000

*Loan Sold/Transferred on 2/24/07 to:*

2. **OCWEN LOAN SERVICING, LLC** (*Current Creditor/Claim Holder*)
   **Account #:**              **0040710394**
   **Current Debt/Claim:**      **~ $47,136**

- Attn: Loan Resolution Dept.
  P.O. Box 785055
  Orlando, FL 32878-5055

- 12650 Ingenuity Dr.
  Orlando, FL 32826

- 1661 Worthington Rd. – Suite 100
  West Palm Beach, FL 33409

3. **MISTY CREEK CONDOMINIUM ASSOCIATION**
   **c/o CARUSO MANAGEMENT GROUP, INC. (Primary Residence)**
   **Account #:**              **1895 SW**
   **Current Debt/Claim:**       **$3,163.20**
   (Assessment Fees: $1,549.49, Late Fees: $200, & Legal Fees: $1,413.71)

   Status: - *Circuit Court for the 16th Judicial Circuit - Kendall County, IL*
   **Case # 08LM107 (4/2/08)**
   - *Order of Judgment by Default against debtor for Plaintiff to claim possession of the property on: 6/2/08.*
   - *On 6/24/08 served with Final Notice of Eviction for the date of 7/17/08.*

**In re: JAMES W. KOBESKE**
**(Debtor)**                                          Case # : _____

- 800 W. 5th Ave. – Suite 110B
  Naperville, IL 60563

- Attn: Douglas J. Sury, Attorney-at-Law
  KEAY & COSTELLO, P.C. (Attorney for Condo Assoc/Caruso Mgmnt. Grp.)
  128 S. County Farm Rd.
  Wheaton, IL 60187

**PROPERTY INFO:**    **(Automobile/Personal Vehicle)**
  Type:              **2001 Pontiac Grand Am GT**
  Description:       VIN # 1G2NW52E01C108777
                     *V6, 2.8L, 4-Door/Sedan, with apx. 86,600Miles at time of filing.*
                     -Estimated Value (NADA Guide Avg.): **$6,225**

## 4. AMERICAN GENERAL FINANCIAL SERVICES
      **Account #:        0915-03136319**
      **Amount Due:       $8396**
      Status: *-Charged-Off without further actio   n in 10/07 – have not been
              contacted by a collection agency regarding this account.*

- 4005 W. Kane Ave. - Suite M
  McHenry, IL 60050-6305

- 3632 W. 95th St.
  Evergreen Park, IL 60805

HERGET BANK, NA (Original Creditor for this Account)
Account #:    73-0343

- 33 S. 4th St.
  Pekin, IL 61554

*Loan ASSIGNMENT on 5/2/07 to:*

## 5. OLD REPUBLIC INSURANCE COMPANY (ORINSCO)
      Current Debt/Claim:      $41,869.58 + Costs
      $4,000 Release of Mortgage in 7/07 – Property located at:
      1605 S. Hillside Drive
      Urbana, IL 61802 (Former residence of Debtor)
      *Sold in a short-sale* in July 2007(no profit to this debtor); writer did ensure that
      new creditor was made aware of intent to file for Bankruptcy and was informed
      that this was acceptable.
      Creditor's Acct #: Y30854
- 307 N. Michigan Ave. – 15th Fl
  Chicago, IL 60601

**In re:  JAMES W. KOBESKE**
**(Debtor)**

**Case # : _____**

Status:   *Summoned to Arbitration Hearing scheduled for 7/18/08 at Circuit Court for the
16th Judicial Circuit/Kendall County Courthouse (Case # 08LM00244)*

Referred to Attorney for Old Republic:  Attn: Louis S. Freedman
Freedman, Anselmo, Lindberg, & Rappe LLC
1807 W. Diehl Rd. – Suite 333
P.O. Box 3228
Naperville, IL 60566-7228

-No current Claim to Secured Property, as property was sold last year.
File #07120309

**6.  THE PAYDAY LOAN STORE OF ILLINOIS, INC.**
Loan #PD001-98032-02380001
Original Loan Amount Financed:  $800 on 4/23/08 ("Payday Installment Loan")
Amount Due:  ~$1400 (Estimated with interest past due)
Status: *Creditor contacted Debtor's employer to garnish wages, which debtor
disputed.*
- 902 N. Lake St. – Suite A
Aurora, IL 60506

**In re:**  **JAMES W. KOBESKE**          **Case # :** _____
          **(Debtor)**

ADDENDUM TO

~~SCHEDULE E~~ – CREDITORS HOLDING UNSECURED PRIORITY
CLAIMS

*NOTE:  The purpose of this addendum in each of these Schedules D, E, & F is to
        provide as much information as possible to the court and those directly involved with
        this case, so that each creditor could be promptly identified.  Many of the accounts
        have either been closed, sent to collections, transferred, and/or assigned to a new
        creditor or representative, which is why I have listed more than necessary in terms of
        addresses as well each of the I identified primary or secondary creditors involved.
        For ease of reference, only the current creditor for a claim/debt has been assigned a number
        directly preceding the creditor name.*

---

| Type of Priority Claim:      "Deposits by Individuals" (Leasing Contract: 2006 – 2007) |
|---|

**7.  MR. & MRS. ALFRED BACA**
- 1601 S. Bermuda Drive
  Urbana, IL 61802

Amount:      $1,250
          Deposited by married individuals in security for rental house owned by
          this debtor at the time.

Status:  *House was sold in 'short-sale' transaction, which left debtor with
          no means to refund deposit.  This debtor is not aware of any legal
          attempt to collect money not refunded and cannot attest to the
          condition of the property at the time of sale.*

---

| Type of Priority Claim:      "Taxes and Certain Other Debts Owed to Governmental Units" |
|---|

**8.  KENDALL COUNTY COLLECTOR (Real Estate Taxes for Primary Residence)**
- 111 W. Fox St.
  Yorkville, IL 60560
  (630) 553-4124

Parcel #03-01-217-020 (*2007 Bill #2006-016876;
                        *2006 Bill #2007-018035)

Amount Due:  ~$5,500(06' Taxes, Past Due f/ 07') + $5,027(07' Taxes, Currently Due)
            **~ $10,527 Total Currently Due** (*Sale of taxes began 11/14/07)

        *Listed as secured claim, since taxes need to be settled at/prior to sale of
        property.*

**In re:  JAMES W. KOBESKE**
        **(Debtor)**

**Case # :** _____

| Type of Priority Claim:    "Taxes and Certain Other Debts Owed to Governmental Units" |
| --- |

9. **IDES Repayment (Overpayment of Unemployment Benefits – State of Illinois)**
   Acct #:            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
   Amount Due:   $870
   - Benefit Repayments
     P.O. Box 19286
     Springfield, IL 62794-9286

   Status:  *Determined to have been overpaid unemployment insurance benefits during 2007.  Debtor agreed to pay $30/monthly towards debt.*

**In re:  JAMES W. KOBESKE**                    Case # : _____
         **(Debtor)**

## ADDENDUM TO:
## ~~SCHEDULE F~~ – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

*NOTE:  The purpose of this addendum in each of these Schedules D, E, & F is to
provide as much information as possible to the court and those directly involved with
this case, so that each creditor could be promptly identified.  Many of the accounts
have either been closed, sent to collections, transferred, and/or assigned to a new
creditor or representative, which is why I have listed more than necessary in terms of
addresses as well each of the I identified primary or secondary creditors involved.
**For ease of reference,** only the current creditor for a claim/debt has been assigned a number
directly preceding the creditor name.*

10.   **NICOR GAS** (Residential UTILITY Account – Primary Residence)
      • P.O. Box 2020
        Aurora, IL 60507-2020

      Account: #29-58-28-6081 2
      Amount Due: $745.39 (Full Balance at time of filing)

      Status:  *Service was disconnected on 07/09/2008, but temporarily reconnected
               on 7/11/08 for approved medical emergency claim by debtor.*

11.   **COM ED** (Residential UTILITY Account – Primary Residence)
      • Bill Payment Center
        Chicago, IL 60668-0001

      Account #:  0651048065
      Amount Due: ~$500 (Estimated Total Balance at time of filing, on payment plan,
                         but informed I still could face disconnection from services.)

      Status:  *Deferred Payment Plan, but very close to disconnection
               from services.*

12.   **AMERICAN EDUCATION SERVICE/'AES'/'NCT' (Private Student Loan)**
      • National Collegiate Trust
        PO Box 2461
        Harrisburg, PA 17105-2461
              **AES Account # 47-55915250**

In re: **JAMES W. KOBESKE**
**(Debtor)**

Case # : _____

- Collection Company of America (CCA)/First Marblehead Education
  Resources
  700 Longwater Drive
  P.O. Box 329
  Norwell, MA 02061-0329
  **CCA Account #11-33271692**

**Current Amount Due:** **$29,683.28**
(Presently in collections, but not considered in Default)

13.   **U.S. DEPARTMENT OF EDUCATION (Federal Student Loan)**
- Direct Loan Servicing Center
  P.O. Box 5609
  Greenville, TX 75493-5609

- 501 Bleeker St.
  Utica, NY 10502

Account #     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-3
Amount Due:  $55,626.49

Status: *Presently in Economic Hardship Forbearance until 12/28/08.*

14.   **NATIONAL CITY BANK ACCOUNT** (Charged Off)
ALLIED INTERSTATE

15.   **(J.P. MORGAN) CHASE BANK ACCOUNT** (Charged Off)
ENCORE RECEIVABLE MANAGEMENT, INC.
LEADING EDGE RECOVERY SOLUTIONS, LLC

16.   BANK OF AMERICA (Originally MBNA MASTERCARD)
NATIONAL ENTERPRISE SYSTEMS
NCC BUSINESS SERVICES, INC.

17.   BANK OF AMERICA (VISA CREDIT CARD)
NATIONAL ENTERPRISE SYSTEMS
NCC BUSINESS SERVICES, INC.

18.   NATIONAL CITY BANK (ELITE VISA CREDIT CARD, 'Charged Off')
BONDED COLLECTION CORPORATION
$11,237.30

In re:  **JAMES W. KOBESKE**                                Case # : _____
              **(Debtor)**

19.    CITIBANK (MASTERCARD CREDIT CARD, 'Charged Off')
          RECEIVABLES MANAGEMENT, INC.
                              CAPITAL MANAGEMENT SERVICES,
                              LP/RESURGENT CAPITAL SERVICES, LP (LVNV
                              FUNDING, LLC)
                              $5,951.99


20.    CAPITAL ONE (MASTERCARD CREDIT CARD)
          REGIONAL ADJUSTMENT BUREAU
          $2,850.60


21.    CHASE MANHATTAN BANK, LP (Worldwide Asset Purchasing/Circuit City Card)
          WORLDWIDE ASSET PURCHASING, LLC


22.    WELLS FARGO FINANCIAL
              WELLS FARGO BANK


23.    FIRESTONE (CREDIT FIRST, N.A.)


24.    CORTRUST BANK (MASTERCARD CREDIT CARD)
              ARROW/FMS FINANCIAL SERVICES


25.    FIRST NATIONAL LEGACY (VISA CREDIT CARD)
              LTD FINANCIAL SERVICES, L.P.

+ 18 MEDICAL ACCOUNTS (ATTACHED)

ADDITIONAL LISTING OF ADDRESSES (PER CREDIT REPORT):
Bank of America
PO BOX 17220
Baltimore, MD 21297-1220
Bank of America - Visa
PO Box 15726
Wilmington, DE 19886-5726
Capital One Mastercard
PO Box 30285
Salt Lake City, UT 84130-0285
Chase Cardmember Services
PO Box 100044
Kennesaw, GA 30156-9244
Citi Mortgage, Inc.
1000 Technology Drive - MS 514

**In re:  <u>JAMES W. KOBESKE</u>**
**(Debtor)**

**Case # :** _____

O'Fallon, MO 63368-2240
Citibank - Citi Diamond Preferred Card
Box 6000
The Lakes, NV 89163-6000
Credit First N.A.
Firestone Credit Card
P.O. Box 81344
Cleveland, OH 44188-0344
Indy Mac Bank
PO BOX 78826
Phoenix, AX 85062
National City
PO Box 845176
Louisville, KY 40285-6176
Baltimore, MD 21264-4803
US Department of Education
Direct Loan Servicing Center
PO Box 5609
Greenville, TX 75403-5609
Wells Fargo Financial
850 E. Diehl Road #160
Naperville, IL 60563

— (,                    BANKRUPTCY DEBTS Cont'd

.... in
$ = Collections          MEDICAL BILLS/ACCTS.

—        Arun Narang, MD        $140
—        MHS Physician Services        $269.60   $299
*        Ghani Medical Center - Dr. Urephard (MTK Ghani, M.D.)   $105   6/07   (Merchants Credit Guide Co.)
—        Mollohan Medical Clinic        $18.50
**       Quest Diagnostics #1 - Acct #4305009216/12/8/06 - Dr. Usmani   $42   5/07   (AACA - America Adjustment Agency)   (CCS: Credit Clinic Services)   3/08
**       Quest Diagnostics #2 - Acct #4365639265/1/16/07 - Dr. Weinberg   $42   6/07   (AACA)   (CCS: Credit Collection Services)   5/08
**       Central DuPage Hospital - Convenient Care visit   4/15/07   $195.25   9/07   (Medical Accounting Service) (MiraMed Revenue Group)   5/08
—        Full Scope Family Med./Dr.Cicci        $115
*        DuPage Medical Group - Dr. Lou & Dr. Raythoven   $224   9/07   (Revenue Production Management - a Division of MiraMed)
—        Prime Health Associates/ Dr. Naypal        $240
*        Edward Med Group - Dr. Copiel   $338   11/07   (OSI Collections)
—        Fox Valley Medical Associates - Dr. Branshaw   $86
—        Dr. Weinberg        $115
—        Glenn Grabe, M.D./ Dr. Weithman   $172
⊠        Westside Family Practice/ Dr. Villar   $84   9/07   (Settled @ $62?)
*        Aurora Medical Clinic (AURORA - MEDICAL, HOSPITAL?)   $465   11/07   (Illinois Collection Service - ICS)
*        AIM / Dr. Mustafa   $88   $338.84   5/08   (Creditors' Alliance)   (Primary now obsergan) (Lockport, IL)
—        Dr. Richa Vohra, M.D. / Pain Med. Clinic   $397
*        DuPage Family Med./ Dr. Cunnar   $40   3/08   (Renaissance Recovery Services)
⊠        Fox Valley Med. Right Hand Lab   $205
(@ bill   ⊠   Nandra Family Practice   (7/1/07)   $65   115 E. South St. - Unit F
not yet!)                                                        Plano, IL 60545   (No bill received)

/ = Disregard!   (won't include!)        Total = 21 Medical Debts   — 3 settled/not billed = 18 on Bailey